UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVANTIKA AGARWAL,<br><br>Plaintiff,<br><br>vs.<br><br>SPLUNK INC., GRAHAM V. SMITH, MARK CARGES, KENNETH HAO, PATRICIA B. MORRISON, YAMINI RANGAN, ELISA STEELE, GARY STEELE, DAVID TUNNELL, DENNIS L. VIA, LUIS VISOSO, and RICHARD WALLACE, | Case No.: 3:23-cv-05680-TSH<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Avantika Agarwal ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: December 15, 2023

**BRODSKY & SMITH**

By: Evan J. Smith

Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile (310) 247-0160

*Attorneys for Plaintiff*